UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

**AMERICAN FREEDOM DEFENSE** :
  **INITIATIVE, et al.,** :
  :
         **Plaintiffs,** :
  :
         **v.** :    Case No. 12-1564 (RMC)
  :
**RICHARD SARLES,** :
  :
         **Defendant.** :
_____

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of     Bruce P. Heppen, Phillip T. Staub, and Mark F. Sullivan     as counsel in this
         (Attorney's Name)

case for:    Washington Metropolitan Area Transit Authority
         (Name of party or parties)

         Respectfully submitted,

Sept. 21, 2012           /s/
Date

#252171
Bar Identification

Bruce P. Heppen
Deputy General Counsel
600 Fifth Street, NW
Washington, D.C. 20001
(202) 962-2569

|  |  |
|---|---|
| ___#442013___<br>Bar Identification | Phillip T. Staub<br>Associate General Counsel<br>600 Fifth Street, NW<br>Washington, D.C. 20001<br>(202) 962-2555 |
| ___#430876___<br>Bar Identification | Mark F. Sullivan<br>Deputy General Counsel<br>600 Fifth Street, NW<br>Washington, D.C. 20001<br>(202) 962-2814 |

CERTIFICATE OF SERVICE

I certify, that on this 21st day of September, 2012, I served upon the following, by electronic case filing, the Notice of Appearance.

Robert J. Muise
American Freedom Law Center
PO Box 131098
Ann Arbor MI 48113

David Yerushalmi
1901 Pennsylvania Ave., NW
Washington, D.C. 20001


_____
Bruce P. Heppen